THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. AGAPITO PANTOJA, Defendant-Appellant.

(No. 57206;

First District—September 7, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Gerald W. Getty, Public Defender, of Chicago, (James J. Doherty, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.